IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VINCENT JOHNSON,** | ) |
| Plaintiff | ) |
| v. | ) Civil No. 24-1248 |
| **JORDAN R. MACFARLANE,** | ) |
| Defendant. | ) |

## ORDER TO SHOW CAUSE

An initial case management conference was held on June 3, 2025. Plaintiff, Vincent Johnson did not appear. The Defense attorney set forth the efforts made to contact Mr. Johnson in order to confer regarding the matters to be addressed at the initial case management conference. Mr. Johnson did not respond. Accordingly, the following Rule to Show Cause is hereby entered.

Plaintiff Vincent Johnson is hereby Ordered to show cause why this action should not be dismissed no later than July 3, 2025. If Mr. Johnson does not respond by the deadline, the Court will dismiss the Complaint and this action without prejudice.

**SO ORDERED** this 3rd day of May 2025.

s/*Marilyn J. Horan*
United States District Judge

Vincent J. Johnson
75 East Highland Avenue
Uniontown, PA 15401